was claimed defendants did not so use. There was a trial before the court, who entered judgment for the plaintiff.

*Messrs. Tilmon Ford* and *W. M. Kaiser* for appellants.

*Messrs. D'Arcy & Richardson* for respondents.

Pursuant to the stipulation of the parties the cause was dismissed. No opinion.

DISMISSED.

Decided 28 July, 1898.
### LANSING *v.* PLUMMER.

From Marion : GEORGE H. BURNETT, Judge.

Action by E. Y. Lansing against Plummer & Ault, principals, and H. Holden, surety, to recover on a builder's bond. There was a judgment for plaintiff, from which defendants appeal.

DISMISSED.

*Messrs. Carson & Fleming* and *Tilmon Ford* for appellants.

*Messrs. George G. Bingham* and *Shaw, Hunt & McCulloch* for respondent.

Pursuant to the written stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided 17 October, 1898.
### COMMERCIAL NATIONAL BANK *v.* CHAPMAN.

From Multnomah : LOYAL B. STEARNS, Judge.

Suit by the Commercial National Bank against W. S. Chapman and others to foreclose a mortgage. There was a decree for plaintiff, and defendants appealed.

AFFIRMED.

*Messrs. Ward & Abraham,* for appellants.

*Messrs. Platt & Platt* for respondent.

No transcript having been filed within the statutory time for so doing, the decree was affirmed, on motion of counsel for respondent.    No opinion.

                                        AFFIRMED.

Decided 7 November, 1898.

### WHITE *v* DITTENHOEFER.

From Multnomah : LOYAL B. STEARNS, Judge.

Suit by Isam White against William Dittenhoefer and others to set aside certain conveyances of property as fraudulent.    Decree for plaintiff.

                                        AFFIRMED.

*Mr. Martin L. Pipes,* for appellants.

*Messrs. Cox, Cotton, Teal & Minor* for respondent.

Pursuant to stipulation, a decree was entered affirming the decree of the lower court, at cost of appellants.    No opinion.

                                        AFFIRMED.

Decided 7 November, 1898.

### BLACK *v.* MALLEIS.

From Washington : THOMAS A. McBRIDE, Judge.

Action on a note of two hundred and sixty dollars,— judgment for plaintiff, and defendant appeals.

                                        AFFIRMED.

*Mr. Granville G. Ames* for appellant,

*Messrs. Hume & Hall, Fitzgerald & Schnabel* and *S. B. Huston* for respondent.